No. 41424.—Petitions 5697–R, etc., of Davison-Paxon Co. (Atlanta).

Opinion by KINCHELOE, J.   On the authority of *United States* v. *Sabin* (14 Ct. Cust. Appls. 76, T. D. 41581) and Abstract 50336 the verification of the petitions at the trial was allowed.   On the record presented it was found there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts in the case.   The petitions were therefore granted.

No. 41425.—Petition 5857–R of Yee Sing Co. (Los Angeles).

Opinion by KINCHELOE, J.   The petition was dismissed.

No. 41426.—Protests 878117–G, etc., of I. Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel bridge table paper weights, bookends, and letter openers chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 41427.—Protest 279200–G of Saks & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows:   (1) boxes and atomizers chiefly used in the household for utilitarian purposes and hollow flacons and boxes at 40 percent under paragraph 339; (2) brushes similar to those the subject of Abstract 8950 at 45 percent under paragraph 1407; and (3) mirrors at 50 percent under paragraph 230.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and *Viking Trading Co.* v. *United States* (C. D. 132) cited.

No. 41428.—Protests 929074–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J.   On the records presented the protests were overruled.

No. 41429.—Protests 957298–G, etc., of W. T. Grant Co. et. al. (Baltimore, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 26, 1939

No. 41430.—Protests 976553–G, etc., of Elsie Perman et al. (San Francisco and San Juan).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.